**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JOSE MARCOS MIRANDA-GARCIA,<br><br>    Defendant - Appellant. | No. 14-30116<br><br>D.C. No. 2:12-cr-06003-FVS<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of Washington
Fred L. Van Sickle, District Judge, Presiding

Submitted March 10, 2015**

Before:    FARRIS, WARDLAW, and PAEZ, Circuit Judges.

Jose Marcos Miranda-Garcia appeals from the district court's judgment and challenges the 108-month sentence imposed following his guilty-plea conviction for conspiracy and aiding and abetting, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Miranda-Garcia contends that his sentence is substantively unreasonable because the district court based the sentence on an incorrect determination that he was a leader of the conspiracy. The record belies Miranda-Garcia's contention that the court made this determination. Moreover, the low-end Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the nature of the offense. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**